IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME, <br><br> Relief Defendants. | Case No. 3:13-cv-00196-GCM |

## ORDER GRANTING MOTION FOR AUTHORITY TO EMPLOY GRIER FURR & CRISP, PA AS ATTORNEYS FOR RECEIVER

This matter came before the Court on *the Motion for Authority to Employ Grier Furr & Crisp, PA as attorneys for the Receiver* filed on April 4, 2013. The Court, having reviewed the Motion and the record in this case, and having been informed of that Plaintiff has no opposition to the Motion, has determined that it should be allowed.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED and the Receiver is authorized to employ Grier Furr & Crisp, PA as attorneys for the Receiver, *nunc pro tunc* to March 27, 2013.

SO ORDERED.

Signed: 8th April, 2013

Graham C. Mullen
United States District Court Judge