UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HARVEY MASON,<br><br>Defendant, and<br><br>THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME,<br><br>Relief Defendants. | NO. 3:13-CV-196 |

## ORDER ESTABLISHING CASE PROCEDURES

This matter came before the Court on the *Receiver's Motion for Order Establishing Case Procedures* filed on May 23, 2013 (the "Motion"). The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that:

1. The Motion is GRANTED.

2. In the event that the Receiver seeks to:

    (i) Sell Receivership Assets;

    (ii) Enter into a contract that obligates the Estate for more than $5,000.00;

(iii) Abandon Receivership Assets worth more than $2,000.00;

(iv) Pay professional fees or expenses;

(v) Settle any litigation initiated by the Receiver; or

(vi) Determine any claim against Receivership Assets,

then the Receiver shall file with the Court a motion describing the action that the Receiver proposed to take and seeking Court approval for that action (the "Motion"). The Receiver will serve a copy of the Motion on all customers of the Defendants or the Relief Defendants (the "Customers") of which Receiver is aware and post a copy of the Motion on the receivership webpage (located at www.masonreceivership.wordpress.com). Unless otherwise requested by a Customer, service by email shall be sufficient. Customers shall have fourteen (14) calendar days in which to file a written objection to the Motion with the Court and serve that objection on the Receiver. Customers may serve the Receiver by email at masonreceivership@grierlaw.com. If no objection is filed, the Court will issue an order ruling on the Motion. If a Customer files an objection to the Motion, the Court will rule on the Motion and any objection(s) with or without a hearing, at the Court's discretion.

3. Entry of this Order shall be without prejudice to the rights of the CFTC, the Receiver, or any Customer to subsequently move the Court to expand or limit the Customer's ability to participate in this proceeding.

Signed: 12 June, 2013

Graham C. Mullen
United States District Judge