# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL DOCKET FOR CASE: #3:13-CV-00196GCM

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HARVEY MASON,<br><br>    Defendant,<br><br>JHM Forex Only Pool and<br>Forex Trading At Home,<br><br>    Relief Defendants. | **ORDER** |

This matter came before the Court on the *Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 11th day of June, 2013, (the "Motion"). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $76,561.50.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $2,857.08

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$79,418.58** for Grier Furr & Crisp, PA shall be paid from the Receivership

1

Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

**SO ORDERED.**

Signed: July 2, 2013

Graham C. Mullen
United States District Judge