**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>                   Plaintiff,<br><br>v.<br><br>JAMES HARVEY MASON,<br>                   Defendant, and<br><br>THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME,<br>                   Relief Defendants. | NO. 3:13-CV-196 |

**ORDER AUTHORIZING RECEIVER TO SELL VEHICLE FREE & CLEAR OF LIENS AND ENCUMBRANCES AND TO DEPOSIT NET PROCEEDS INTO RECEIVERSHIP BANK ACCOUNT**

    This matter was heard on the *Receiver's Motion For Authority To Sell Vehicles Free & Clear of Liens and Encumbrances and to Deposit Net Proceeds Into Receivership Bank Account* (the "Motion"). The Court finds that it has jurisdiction over this matter, that notice was appropriate and that no objections were made to the Motion. The Court has reviewed the Motion and concludes that the relief requested in the motion should be granted.

    It is **THEREFORE ORDERED** that pursuant to 28 U.S.C. § 2004, Joseph W. Grier, III, Receiver (the "Receiver") of Defendants' and Relief Defendants' assets, is authorized to take actions necessary to liquidate the 2013 Lincoln MP (the "Vehicle") at an automobile auction, free and clear of encumbrances, without further order of the court; to execute the North Carolina Certificates of Title to the Vehicle or other necessary documentation to effect a transfer of title to the Vehicle and to deposit the net proceeds into the Receivership bank account for the benefit of the Receivership Estate.

    **IT IS SO ORDERED.**

Signed: July 18, 2013

Graham C. Mullen
United States District Judge