UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:13-cv-00196

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | : |
| Plaintiff, | : |
| vs. | : |
| James Harvey Mason, | : |
| Defendant, | : |
| vs. | : |
| <u>Relief Defendants</u><br>JHM Forex Only Pool and<br>Forex Trading At Home. | : |

# **<u>ORDER</u>**

This matter came before the Court on the *Second Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 3rd day of September, 2013, (the "Motion"). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $50,822.00.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $1,686.48.

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$52,508.48** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

Signed: September 19, 2013

Graham C. Mullen
United States District Judge