UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES HARVEY MASON,<br><br>    Defendant, and<br><br>THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME,<br><br>    Relief Defendants. | NO. 3:13-CV-196 |

**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF OFFER TO PURCHASE AND CONTRACT AS TO REAL PROPERTY AND FOR AUTHORITY TO CONSUMMATE SALE OF REAL PROPERTY**

This matter is before the Court on the *Receiver's Motion For Approval of Offer to Purchase and Contract as to Real Property and for Authority To Consummate Sale of Real Property* (the "Motion") (D.E. 49) filed on December 3, 2013 concerning the sale of Lot 25, PH 1, Scott's Grant, 601 Rachel Smothers Drive, Greensboro, North Carolina, PIN number 0138629 (the "Real Property"). The Court finds that it has jurisdiction over this matter, notice was proper, and no objections have been filed to the relief requested. The Court has reviewed the Motion and concludes that the relief requested in the motion should be granted.

It is **THEREFORE ORDERED** as follows:

(a) The Court hereby appoints McNairy & Associates, LLC, Katie Simmons and Andrea Wilhelm as the three disinterested appraisers for purposes of a sale of the Real Property pursuant to 28 U.S.C. § 2001(b);

(b) The Court finds and holds that the requirements of 28 U.S.C. § 2001, 2002 have been met;

(c) The Court hereby approves the Receiver's acceptance of the Contract;

(d) The Court authorizes the Receiver to carry out a closing to sell the Real Property pursuant to the terms of the Contract without further order of the Court including executing necessary documentation customary in real estate closings of this type such as deeds in the name of The JHM Trust, lien waivers, 1099 forms and other similar documents; and

(e) The Court authorizes the Receiver to deposit the net proceeds from the sale of Real Property into the Receivership bank account.

**SO ORDERED**.

Signed: December 18, 2013

Graham C. Mullen
United States District Judge