UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                              CHARLOTTE DIVISION
                                  3:13-CV-196

| U.S. COMMODITY FUTURES TRADING | ) |
| COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| JAMES HARVEY MASON, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Relief Defendants | ) |
| JHM FOREX ONLY POOL and | ) |
| FOREX TRADING AT HOME. | ) |
| | ) |

## **ORDER**

This matter came before the Court on the *Third Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 5th day of December, 2013 (Doc. No. 50). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $45,303.00.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $885.37.

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$46,188.37** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

**SO ORDERED.**

Signed: December 27, 2013

Graham C. Mullen
United States District Judge