| | | |
|---|---|---|
| U.S. Commodity Futures Trading Commission, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| James Harvey Mason, | : | **ORDER** |
| | : | |
| Defendant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Relief Defendants | : | |
| JHM Forex Only Pool and | : | |
| Forex Trading At Home. | : | |
| | : | |

**THIS MATTER** came before the Court on the *Fifth Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 30th day of June, 2014 (Doc. No. 77). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $51,507.00.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $1,468.35.

**IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED** and that the reasonable attorneys' fees and expenses totaling **$52,975.35** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

**SO ORDERED.**

Signed: July 31, 2014

Graham C. Mullen
United States District Judge