**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-CV-196**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| JAMES HARVEY MASON, | ) ) |
| Defendant, | ) ) |
| vs. | ) ) |
| <u>Relief Defendants</u><br>JHM FOREX ONLY POOL and<br>FOREX TRADING AT HOME. | ) ) ) ) ) |

## **ORDER**

**THIS MATTER** is before the Court *sua sponte* and in reference to the Receiver's Fifth Report (Doc. No. 78). The Court will hold a status conference on **August 27, 2014 at 2 p.m. in Courtroom 3 in the Charlotte Division**. At that hearing, the Court will inquire as to the status of the receivership in this case, including the status of customer claims, the progress on claims against net winners, and the portion of assets that will likely be available for distribution.

**SO ORDERED.**

Signed: August 1, 2014

Graham C. Mullen
United States District Judge