UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-196

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| JAMES HARVEY MASON, | ) ) |
| Defendant, | ) ) |
| vs. | ) ) |
| <u>Relief Defendants</u><br>JHM FOREX ONLY POOL and<br>FOREX TRADING AT HOME. | ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court upon the *Receiver's Motion for Approval of Proposed (1) Claims Verification and Notice Procedures and (2) Claims Distribution Method and Distribution Procedure* filed on August 5, 2014 (Doc. No. 86) seeking this Court's approval of proposed procedures for verifying investors' claims for their losses, as well as approval of a proposed method of calculating distributions to investors. On September 2, 2014, the Court approved the Receiver's proposed procedure for verifying investors' claims, but reserved judgment on the proposed method of calculating distributions to investors pending a hearing and notice to the investors and other interested parties (Doc. No. 94).

**IT IS THEREFORE ORDERED** that the Court will hold a hearing on **October 14, 2014 at 2 p.m. in Courtroom 3 at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202**. At that hearing, the Court will consider the appropriate method for

1

calculating distributions to investors, as well as any objections filed by investors or other interested parties. Any person wishing to attend the hearing may do so; however, **persons wishing to object to the proposed distribution procedure must file their objections with the Court at least ten (10) days prior to the hearing. Objections filed after that date will not be considered by the Court.** Objections must be filed in writing with the United States District Court for the Western District of North Carolina; they may be filed electronically via the Court's ECF system, or they may be mailed or hand delivered to the Court at the address listed above.

      **IT IS FURTHER ORDERED** that the Receiver shall serve a copy of this order on all investors and other parties requesting notice as soon as practicable, as well as post a copy of the order on the Receivership webpage.

**SO ORDERED.**

Signed: September 2, 2014

Graham C. Mullen
United States District Judge