# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:13-CV-196

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JAMES HARVEY MASON, <br><br> Defendant, and <br><br> THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME, <br><br> Relief Defendants. | |

## ORDER ESTABLISHING DEADLINE TO ASSERT SECURED CLAIMS AGAINST ASSETS OF THE RECEIVERSHIP ESTATE

**THIS MATTER** is before the Court on the Court's own motion, and, after conferring with the Receiver during a hearing held at 2:00 p.m. on October 14, 2014, the Court has determined that the efficient administration of this case requires the imposition of a deadline for the filing of claims asserting a security interest in assets collected by the Receiver.

**IT IS, THEREFORE, ORDERED** that:

(a)　Any party asserting a security interest in, or any other right to a priority in payment from, assets collected by the Receiver in this case ("Receivership Assets") must file a pleading with the Court asserting such interest on or before **December 1, 2014**;

(b)　Any such pleading must (i) describe with specificity the Receivership Assets from which the claimant asserts a priority in payment and (ii) attach copies of any and all

documents demonstrating the security interest or otherwise supporting the claim for a priority in payment; and

(c)     Any party's failure to file a pleading meeting the requirements set forth in this Order shall result in such party's claim, to the extent the claim is an allowed claim, being treated as a general unsecured claim against the Receivership Assets payable pursuant to the *Order Approving Distribution Method and Distribution Procedure* entered on October 14, 2014.

**SO ORDERED.**

Signed: October 22, 2014

Graham C. Mullen
United States District Judge