# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JAMES HARVEY MASON, <br><br> Defendant, and <br><br> THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME, <br><br> Relief Defendants. | NO. 3:13-CV-196-GCM |

## ORDER APPROVING APPLICATION TO EMPLOY ACCOUNTANT

**THIS MATTER** came before the Court upon *Receiver's Application to Employ Accountant* filed on September 30, 2014 (the "Application") (Doc. No. 105) and the letter response filed thereto on October 22, 2014 (the "Response") (Doc. No. 111). The Court finds that it has jurisdiction over this matter and notice was proper. The Court has reviewed the Motion and Response and concludes that the relief requested in the Motion should be **GRANTED**.

The Court notes that, while the Response was untimely, the Court nonetheless reviewed the objection and considered its contentions. The Court is confident that Mr. Edward Bowers and his firm will employ the most efficient means possible to assist the Receiver in preparing tax returns and accounting for the receivership. The Court also believes that the accounting

assistance the Receiver requests is completely reasonable, and in fact necessary, for carrying out the duties of the receivership.

**IT IS, THEREFORE, ORDERED** that that the Receiver is authorized to employ the accounting firm of Middleswarth Bowers & Company for the purpose of advising him on tax issues related to the Receivership, including distribution, to prepare and file necessary tax returns during the course of the Receivership and for additional accounting services during the Receivership with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereto.

**SO ORDERED.**

Signed: October 23, 2014

Graham C. Mullen
United States District Judge