IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JAMES HARVEY MASON, <br><br> Defendant, and <br><br> THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME, <br><br> Relief Defendants. | NO. 3:13-CV-196 |

## ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL

**THIS MATTER** came before the Court upon the *Receiver's Application to Employ Special Counsel* filed on October 30, 2014 (the "Application") (Doc. No. 115). The Court finds that it has jurisdiction over this matter, that notice was proper, that no objections have been filed, and that the time for filing objections has passed. The Court has reviewed the Application and concludes that the relief requested in the Application should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that that the Receiver is authorized to employ the law firm of Cowles & Thompson, P.C. for the purpose of advising him on legal issues related to a tentative settlement between the receivership and the largest net winners in this case, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereto.

**SO ORDERED.**

Signed: November 18, 2014

Graham C. Mullen
United States District Judge