UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:13-cv-00196

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | |
| Plaintiff, | |
| vs. | |
| James Harvey Mason, | **ORDER** |
| Defendant, | |
| vs. | |
| <u>Relief Defendants</u><br>JHM Forex Only Pool and<br>Forex Trading At Home. | |

This matter came before the Court on the *First Motion for Compensation to William L. Siegal and Cowles & Thompson, P.C.*, filed on the 3rd day of December, 2014 (Doc. No. 133). The Court finds and concludes as follows:

On November 19, 2014 the Court approved Receiver's application to employ William L. Siegal and Cowles & Thompson, P.C. (collectively, "Cowles") as Special Counsel for the Receiver in a lawsuit filed by the Receiver against Stephen H. Gallagher and Lynn J. Gallagher. *Notice of the Motion for Compensation for William L. Siegal and Cowles & Thompson, P.C.* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Cowles has rendered valuable services to the Receiver during the period October 28, 2014 through November 19, 2014, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $5,600.00.

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$5,600.00** for Cowles shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees.

**SO ORDERED.**

Signed: December 22, 2014

Graham C. Mullen
United States District Judge