UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:13-cv-00196

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | |
| Plaintiff, | |
| vs. | |
| James Harvey Mason, | **ORDER** |
| Defendant, | |
| vs. | |
| <u>Relief Defendants</u><br>JHM Forex Only Pool and<br>Forex Trading At Home. | |

This matter came before the Court on the *Sixth Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 2nd day of December, 2014 (Doc. No. 127). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during the period June 6, 2014 through November 20, 2014 in this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $100,562.25. Grier Furr & Crisp, PA, is entitled to be reimbursed for expenses in the amount of $6,754.58.

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$107,316.83** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

**SO ORDERED.**

Signed: December 22, 2014

*[signature]*

Graham C. Mullen
United States District Judge