# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | |
| v. | NO. 3:13-CV-196 |
| JAMES HARVEY MASON, | |
| Defendant, and | |
| THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME, | |
| Relief Defendants. | |

## ORDER SEALING EXHIBIT B TO REPLY

This matter came before the Court upon the *Emergency Ex Parte Motion to Seal Exhibit B to Reply* filed on April 9, 2015 (the "Motion") (Doc. No. 152), seeking this Court's assistance in sealing Exhibit B (Doc. No. 151-2) to the Receiver's *Reply to Limited Objection to the Receiver's Report on Claims, Objections to Claims and Recommendations Regarding Claims* (Doc. No. 151). The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that:

(1) the Motion is GRANTED;

(2) the Clerk of U.S. District Court shall restrict access to Doc. No. 151-2 from the view of the litigants to this case and from the view of the general public; and

(3) to the extent he has not done so already, the Receiver shall file a redacted version of Exhibit B to his Reply.

**SO ORDERED.**

Signed: April 9, 2015

Graham C. Mullen
United States District Judge