UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:13-cv-00196

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | : : : |
| Plaintiff, | : |
| vs. | : : |
| James Harvey Mason, | : : |
| Defendant, | : : |
| vs. | : : : |
| Relief Defendants<br>JHM Forex Only Pool and<br>Forex Trading At Home. | : : : : |

# **ORDER**

This matter came before the Court on the *First Motion for Compensation to Edward P. Bowers and Middleswarth Bowers & Company, Accountants for the Receiver*, filed on the 15th day of April 15, 2015 (Doc. No. 156). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Edward P. Bowers and Middleswarth Bowers & Company* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

*Edward P. Bowers and Middleswarth Bowers & Company* have rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $2,317.50.

*Edward P. Bowers and Middleswarth Bowers & Company*, have not filed for expenses.

IT IS, THEREFORE, ORDERED that the reasonable accountants' fees and expenses totaling **$2,317.50** for Edward P. Bowers and Middleswarth Bowers & Company shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay accountants for the Receiver for all reasonable and necessary fees and expenses.

**SO ORDERED.**

Signed: May 4, 2015

*[signature: Graham C. Mullen]*

Graham C. Mullen
United States District Judge