**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **NO. 3:13-CV-196** |
| **JAMES HARVEY MASON,** | |
| **Defendant, and** | |
| **THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME,** | |
| **Relief Defendants.** | |

### ORDER AUTHORIZING RECEIVER TO MAKE FIRST INTERIM DISTRIBUTION

This matter came before the Court upon the *Receiver's Motion for Authority to Make First Interim Distribution* filed on June 18, 2015 (the "Motion") (Doc. No. 167), seeking authority from this Court to make an interim distribution of a portion of the funds currently held by Joseph W. Grier, III, as the duly-appointed receiver in the above-captioned action (the "Receiver"). The Court finds that it has jurisdiction over this matter, that notice was proper and that no responses to the Motion have been filed. The Court has reviewed the Motion and concludes that the relief requested in the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED and the Receiver is authorized to make an interim distribution in the aggregate amount of $900,000.00 to various claimants in accordance with the Distribution Procedures Order entered on September 2, 2014 (Doc. No. 94), the Final Claims Order entered on June 16, 2015 (Doc. No. 165), and upon the terms and conditions set forth more fully in the Motion.

**SO ORDERED.**

Signed: July 7, 2015

Graham C. Mullen
United States District Judge