UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:13-cv-00196

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | : |
| Plaintiff, | : |
| vs. | : |
| JAMES HARVEY MASON, | : |
| Defendant, | : |
| vs. | : |
| <u>Relief Defendants</u><br>JHM Forex Only Pool and<br>Forex Trading At Home. | : |

## **ORDER AUTHORIZING INTERIM AND FINAL COMPENSATION TO GRIER FURR & CRISP, P.A.**

This matter came before the Court on the *Ninth and Final Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 8th day of March, 2016 (the "Motion") (D.E. 177). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $7,896.60. Grier Furr & Crisp, PA, is entitled to expenses in the amount of $3.10. Further, the best estimates of future compensation for legal services based on past services for winding down the Receivership, is $13,005.72.

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$20,905.42** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate for interim and final compensation in this matter. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

Signed: April 5, 2016

Graham C. Mullen
United States District Judge