UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HARVEY MASON,<br><br>Defendant, and<br><br>THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME,<br><br>Relief Defendants. | NO. 3:13-CV-196 |

## EX PARTE ORDER AUTHORIZING RECEIVER TO DEPOSIT FUNDS WITH THE COURT

This matter came before the Court upon the *Receiver's* Ex Parte *Motion for Authority to Deposit Unclaimed Funds Into Court Registry* filed on September 1, 2016 (Doc. No. 185) (the "Motion") by Joseph W. Grier, III, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel, seeking authority from this Court to deposit $1,334.19 into the Court's registry fund pursuant to Chapter 129 of Title 28 of the United States Code. The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that the sum of $1,334.19 be paid into the Court's registry fund and disposed of pursuant to 28 U.S.C. § 2042.

**SO ORDERED.**

Signed: September 8, 2016

Graham C. Mullen
United States District Judge