UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br>         Plaintiff, <br><br> v. <br><br> JAMES HARVEY MASON, <br><br>         Defendant, and <br><br> THE JHM FOREX ONLY POOL (f/k/a THE JHM FOREX ONLY POOL, LP), and FOREX TRADING AT HOME, <br><br>         Relief Defendants. | NO. 3:13-CV-196 |

## EX PARTE ORDER GRANTING MOTION TO SEAL

This matter came before the Court upon the *Receiver's* Ex Parte *Motion to Seal Appendix to Motion for Authority to Deposit Unclaimed Funds Into Court Registry* filed on September 1, 2016 (Doc. No. 186) (the "Motion") by Joseph W. Grier, III, as the duly-appointed receiver in the above-captioned action (the "Receiver"), through counsel, requesting that an appendix to the *Receiver's Motion for Authority to Deposit Unclaimed Funds Into Court Registry* be sealed. The Court, having reviewed the Motion and the record in this case, has determined that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that the Clerk of U.S. District Court shall restrict access to non-redacted Appendix to the *Receiver's Motion for Authority to Deposit Unclaimed Funds Into Court Registry* from the view of the litigants to this case and from the view of the general public.

**SO ORDERED.**

Signed: September 8, 2016

Graham C. Mullen
United States District Judge