# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:13-CV-196

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HARVEY MASON,<br><br>    Defendant,<br><br>JHM Forex Only Pool and<br>Forex Trading At Home,<br><br>    Relief Defendants. | **ORDER APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING AND DISMISSING RECEIVER** |

This matter having come on for consideration of *Receiver's Motion for Approval of Final Receiver's Report, Accounting and Dismissal of the Receiver* (the "Motion") filed herein on March 8, 2016 (DE 179) by Joseph W. Grier, III, as receiver (the "Receiver") for the assets of James Harvey Mason ("Defendant"), The JHM Forex Only Pool (f/k/a The JHM Forex Only Pool, LP), Forex Trading at Home (the "Relief Defendants"), and, pursuant to the *Order to Clarify the Scope of the Receivership Estate to Include Certain Trust Assets,* The JHM Trust; and after distribution of assets by the Receiver. The Court finds that it has jurisdiction over this matter; that due and proper notice of the relief requested was given; that the Receiver filed his *Receiver's Final Report and Accounting* on September 15, 2016 showing that all Receivership funds, after payment of allowed administrative costs and expenses, have been distributed, and that final tax returns have been prepared and filed.

WHEREFORE IT IS ORDERED, DECREED AND ADJUDGED: that the Receiver shall be and is dismissed, books and records of Receivership Entities may be destroyed, and the Receiver shall be relieved of liability for any and all taxes, interest, and penalties in or on account of or alleged in any manner to be due by Receivership Entities or the Receiver.

**SO ORDERED.**

Signed: September 15, 2016

Graham C. Mullen
United States District Judge